In re the Matter of Brian J. FAULK-NER, Petitioner/Appellant,

v.

**MISSOURI STATE HIGHWAY PATROL, et al., Respondents.**

No. 69258.

Missouri Court of Appeals, Eastern District, Division One.

Oct. 22, 1996.

Frank A. Anzalone, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, Robert P. McCulloch, Pros. Atty., Clayton, John A. Ross, Asst. Pros. Atty., St. Louis County, St. Louis, for respondents.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Petitioner appeals the denial of his petition to expunge his arrest records. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).